IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT

       Plaintiff,                    No. 2:12-cv-0289-JAM-CKD PS

    vs.

RAMBALL, et al.

       Defendants.            ORDER

_____/

       Plaintiff has requested an extension of time to file his response to defendant's September 4, 2012 motion to dismiss. Considering that plaintiff is proceeding pro se in this matter and has shown good cause to grant an extension, IT IS HEREBY ORDERED that:

       1. Plaintiff's September 19, 2012 motion for an extension of time (Dkt. No. 13) is granted in part; and

       2. Plaintiff is granted twenty-eight (28) days from the date of this order in which to file his response to the motion to dismiss.

       3. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: October 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD/9