IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

        Plaintiff,                           No. 2:12-cv-0289-JAM-CKD PS

    vs.

RAMBALL, et al.

        Defendants.               ORDER

_____/

        Plaintiff proceeds pro se and in forma pauperis in this action, referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21). Pending before the undersigned is defendant Manpower, Inc.'s September 4, 2012 motion to dismiss, which is currently set for hearing on December 5, 2012. Dkt. 10. On November 29, 2012, plaintiff filed a "Relief from Judgment and Answer to OSC in filing Opposition to Defendant's Motion to Dismiss." Dkt. 18. By this motion, plaintiff requests an additional ten days in which to file an opposition to defendant's motion. Id.

        Considering that plaintiff is proceeding pro se in this matter and has shown good cause to grant an extension, IT IS HEREBY ORDERED that:

        1. Plaintiff's Relief from Judgment and Answer to OSC in filing Opposition to Defendant's Motion to Dismiss (dkt. 18) is GRANTED;

2. The hearing currently set for December 5, 2012 is VACATED and reset for January 9, 2013;

3. Plaintiff shall file an opposition to defendant's motion to dismiss by December 19, 2012; and

4. Any reply shall be filed by January 2, 2013.

Dated: December 3, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD/9